■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TILDEN EDWARDS, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Quinones, J.), rendered May 3, 1989, convicting him of criminal sale of a controlled substance in the third degree, criminal possession of a controlled substance in the third degree and criminal possession of a controlled substance in the seventh degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is modified, on the law and as a matter of discretion in the interest of justice, by reversing the conviction of criminal possession of a controlled substance in the seventh degree, vacating the sentence imposed thereon, and dismissing that count of the indictment; as so modified, the judgment is affirmed.

As conceded by the People, criminal possession of a controlled substance in the seventh degree is a lesser included offense of criminal possession of a controlled substance in the third degree and, under the circumstances, that count should

have been dismissed pursuant to CPL 300.40 (3) (b) *(see, People v Vargas,* 155 AD2d 565; *People v Rodriguez,* 126 AD2d 681).

We have considered the defendant's remaining contentions and find them to be without merit. Thompson, J. P., Lawrence, Balletta and O'Brien, JJ., concur.